No. 499. JOHN PLEICH, SR. *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

*Messrs. John Pleich, Sr., pro se,* and *Jay Good* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Mahlon D. Kiefer* for the United States.